# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JJ'S SPORTS BAR & GRILL, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BERKSHIRE HATHAWAY DIRECT INSURANCE COMPANY, dba BIBERK BUSINESS INSURANCE; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: CV 19-10036-DMG (SKx)<br><br>**ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [24]** |

Pursuant to the Stipulation re Dismissal with Prejudice by Plaintiff JJ's Sports Bar & Grill and Defendant Berkshire Hathaway Direct Insurance Company, and good cause appearing, the above-captioned action is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED:  November 24, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE